UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEARL ASSET MANAGEMENT LLC,

                Plaintiff,

-against-

BRETZ GROUP, ET AL.,

                Defendants.

23-CV-10687 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Pearl Asset Management LLC filed this action *pro se*, did not indicate that it was represented by an attorney, and did not pay the $405.00 in fees to bring this action. By order dated December 12, 2023, the Court informed Plaintiff that the matter would be dismissed without prejudice unless, within 30 days from the date of that order, an attorney representing Plaintiff filed a notice of appearance on its behalf, and paid the fees. An attorney has not filed a notice of appearance on Plaintiff's behalf, and the fees have not been paid. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge