UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARL ASSET MANAGEMENT LLC,

                        Plaintiff,

      -against-

BRETZ GROUP, ET AL.,

                        Defendants.

23-CV-10687 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 18, 2024
          New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge